# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GLORIA SUN JUNG: HOUSE OF YUN,   :
                                :
      v.                      :    3:18-CV-1248
                                :    (JUDGE MARIANI)
COMMONWEALTH OF           :
PENNSYLVANIA, et al.         :
                                :
      Defendant.        :

## ORDER

AND NOW, THIS _22nd_ DAY OF AUGUST, 2018, upon *de novo* review of

Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 5), Gloria Sun Jung's

Objections thereto (Doc. 7), and all other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Gloria Sun Jung's Objections (Doc. 7) are **OVERRULED**.

2. The R&R (Doc. 5) is **ADOPTED** for the reasons set forth therein.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

4. To the extent that Plaintiff removed her state summary traffic proceedings to this Court,[1]

   those proceedings are **REMANDED** to the Magisterial District Court of Monroe County

   (MDJ-43-4-04).

5. The Clerk of Court is directed to **CLOSE** the case.

Robert D. Mariani
United States District Judge

---

[1] Although unclear, Plaintiff has arguably attempted to remove the following five state proceedings to this Court: (1) MJ-43404-TR-0000968-2018; (2) MJ-43404-TR-0000972-2018; (3) MJ-43404-TR-0000970-2018; (4) MJ-43404-TR-0000971-2018; (5) MJ-43404-TR-0000969-2018.